UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

LINWOOD BRANT,           :
                         :
    Plaintiff            :
                         :
v.                       : CIVIL NO. 3:CV-13-212
                         :
D. VARANO, et al.,       : (Judge Kosik)
                         :
    Defendants           :

**ORDER**

FILED SCRANTON MAR 26 2014 PER \_\_\_\_ DEPUTY CLERK

AND NOW, THIS 26 DAY OF MARCH, 2014, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion for counsel (Doc. 31) is **denied without prejudice**.

2. Plaintiff's motion for extension of time for discovery (Doc. 32) is **denied**. Within twenty (20) days, Plaintiff may file a motion to compel discovery in accordance with Fed. R. Civ. P. 37(a). The previously imposed deadline for filing dispositive motions in this action is stayed pending the filing and resolution of any motion to compel filed by Plaintiff.

_____
EDWIN M. KOSIK
United States District Judge