UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

**FILED**
**SCRANTON**

JAN 2 2 2015

Per_____ DEPUTY CLERK

LINWOOD BRANT,            :
                         :
        Plaintiff        :
                         :
    v.                   : CIVIL NO. 3:CV-13-212
                         :
D. VARANO, et al.,        : (Judge Kosik)
                         :
        Defendants       :

## ORDER

AND NOW, THIS 22 DAY OF JANUARY, 2015, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1.  Plaintiff's motion to compel (Doc. 35) is **granted only to the limited extent** set forth in the Memorandum.  Specifically, within twenty (20) days Defendants shall inform Plaintiff if they have ever been disciplined, reprimanded and/or fired while employed at SCI-Coal Township for the loss of an inmate's personal property or for retaliating against an inmate covering the time period up until March of 2011.  Within ten (10) days, Plaintiff shall inform defense counsel of any documents that were missing that Defendants previously produced for his inspection.  Defendants will then have fifteen (15) days therefrom to produce said documents to Plaintiff.  The motion is **denied in all other respects**.

2.  Plaintiff's motion to reopen discovery (Doc. 38) is **denied**.

3.  Any dispositive motions may be filed by the parties within sixty (60) days.

EDWIN M. KOSIK
United States District Judge