UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

LINWOOD BRANT,

        Plaintiff,

        v.

D. VARANO, et al.,

        Defendants.

CIVIL ACTION NO. 3:13-CV-212

(Judge Kosik)

**ORDER**

AND NOW, THIS 5th DAY OF MAY, 2016, IT IS HEREBY ORDERED THAT:

[1]    The Report and Recommendation (Doc. 59) of Magistrate Judge Martin C. Carlson is **ADOPTED IN PART**, for reasons stated in the attached Memorandum;

[2]    Defendants' Motion for Summary Judgment (Doc. 49) is **GRANTED**;

[3]    Judgment is entered in favor of Defendants and against the Plaintiff;

[4]    The Clerk of Court is further directed to **CLOSE** this case and **FORWARD** a copy of the Memorandum and Order to the Magistrate Judge

                                                      s/Edwin M. Kosik
                                                      Edwin M. Kosik
                                                      United States District Judge